IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHY LYNETTE STEVENS,

    Plaintiff,

v.

AFFIRM, INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:23-CV-5995-MHC-CMS

### ORDER

The parties having informed the Court of settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. These parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 12th day of March, 2024.

*/s/ Mark H. Cohen*
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.