IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kathy Lynette Stevens, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Affirm, Inc., )<br>)<br>   Defendant. )<br>_____ ) | Civil Action File No.:<br>1:23-cv-05995-MHC-CMS |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Kathy Lynette Stevens,, by and through undersigned counsel, hereby dismisses this action against Defendant, Affirm, Inc., **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 20th day of March, 2024.

                                                **BERRY & ASSOCIATES**

                                                */s/ Matthew T. Berry*
                                                Matthew T. Berry
                                                Georgia Bar No.: 055663
                                                matt@mattberry.com
                                                Telephone: (404) 235-3334
                                                2751 Buford Highway, Suite 600
                                                Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Affirm, Inc., with adequate postage affixed thereto and addressed as follows:

Ethan Ostroff
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

3